IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY $11,320.00 IN U.S. CURRENCY,<br>Defendants. | 2:10-cv-01930-GEB-JFM<br><br>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

The July 21, 2010, Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case for December 13, 2010, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. (ECF No. 2.) The Order further required that a status report be filed regardless of whether a joint report could be procured. Id. at 2 n.1. No status report was filed as ordered.

Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on January 3, 2011, why sanctions should not be imposed against it and/or its counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. If a hearing on the OSC is requested, it will be held on March 14, 2011, at 9:00 a.m., just prior to the status conference, which is

1 | rescheduled to that date and time.  A status report shall be filed no
2 | later than fourteen (14) days prior to the status conference.
3 |         IT IS SO ORDERED.
4 | Dated:  December 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge